# Court of Appeals
# of the State of Georgia

ATLANTA,  February 15, 2018

*The Court of Appeals hereby passes the following order:*

## A18A1088. JUAN M. DIAZ v. E. KATHLEEN TAYLOR et al.

E. Kathleen Taylor and Earle Taylor brought this action in magistrate court seeking unpaid rent and the payment of a security deposit by Juan Diaz. The magistrate court awarded the Taylors $791.00 in prorated rent and court costs against Diaz. Diaz appealed the award to superior court, which entered judgment in favor of the Taylors for $700.00 and also directed Diaz to transfer a $1,000.00 security deposit to the Taylors to hold. Diaz filed this direct appeal. We, however, lack jurisdiction for two reasons.

First, "[a]ppeals from decisions of the superior courts reviewing decisions of lower courts by certiorari or de novo proceedings shall be by application for discretionary appeal." *Bullock v. Sand*, 260 Ga. App. 874, 875 (581 SE2d 333) (2003); see also OCGA § 5-6-35 (a) (11). Because this is an appeal from the decision of a superior court conducting a de novo review of a magistrate court order, Diaz was required to file an application for discretionary appeal. *Bullock*, 260 Ga. App. at 875.

Second, appeals in all actions for damages in which the judgment is $10,000.00 or less shall comply with the discretionary appeals procedure. OCGA § 5-6-35 (a) (6). Because this suit is an action for damages and the judgment entered was less than $10,000, a discretionary application was required for this reason too. See *Jennings v. Moss*, 235 Ga. App. 357 (509 SE2d 655) (1998); see also *Brunswick v. Todd*, 255 Ga. 448 (339 SE2d 589) (1986).

Because Diaz did not follow the proper procedure for requesting appellate review in this case, this appeal is DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  02/15/2018*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*